IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY L. OTTER                                                                               PLAINTIFF
ADC #97148

v.                                     No. 5:10CV00301 JLH/JJV

SHERI FLYNN, Administrator, Sex Offender
Screening and Assessment Committee                                                DEFENDANT

## ORDER

Terry L. Otter has filed a motion for an extension of time within which to file objections to the proposed findings and recommendations submitted by United States Magistrate Joe J. Volpe on April 5, 2011. The motion is GRANTED. Document #13. The time within which Otter must submit his objections is extended up to and including May 9, 2011.

IT IS SO ORDERED this 19th day of April, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE