**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRY L. OTTER                                                                                                    PLAINTIFF
ADC #97148

v.                                          No. 5:10CV00301 JLH/JJV

SHERI FLYNN, Administrator, Sex Offender
Screening and Assessment Committee                                                            DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted;

2. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g); and

3. All pending motions are DENIED as moot.

SO ORDERED this 25th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE