**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRY L. OTTER                                                                                                            PLAINTIFF
ADC #97148

v.                                            No. 5:10CV00301 JLH/JJV

SHERI FLYNN, Administrator, Sex Offender
Screening and Assessment Committee                                                                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g).

DATED this 25th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE